**2008–2424.  State v. Williams.**
Montgomery App. No. 22532, 179 Ohio App.3d 584, 2008-Ohio-6245. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon consideration of the joint motion to allow amicus curiae Ohio Attorney General Richard Cordray to participate in oral argument scheduled for October 20, 2009, in support of the appellant,

It is ordered by the court that the motion is granted, and the amicus curiae shall share the time allotted to appellant.

**2009–0079.  State v. Horner.**
Lucas App. No. L–07–1224, 2008-Ohio-6169. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration thereof,

It is ordered by the court that the this cause is no longer held for the decision in *State v. Lester*, 123 Ohio St.3d 396, 2009-Ohio-4225, 916 N.E.2d 1038, but the briefing remains stayed.

**2009–0311.  State v. Horner.**
Lucas App. No. L–07–1224, 2008-Ohio-6169. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Lucas County.

It is ordered by the court, sua sponte, that this cause is no longer held for the decision in *State v. Lester*, 123 Ohio St.3d 396, 2009-Ohio-4225, 916 N.E.2d 1038. The parties are to brief the question certified by the court of appeals, as follows:

"Whether the holdings of *State v. Colon*, 118 Ohio St.3d 26, 2008-Ohio-1624, and *State v. Colon*, 119 Ohio St.3d 204, 2008-Ohio-3749, are applicable to the offense of aggravated robbery in violation of R.C. 2911.01(A)(3) or only to the offense of robbery, a violation of R.C. 2911.02(A)(2)."

It is ordered by the court that the Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Lucas County.

**2009–0627.  DIRECTTV, Inc. v. Levin.**
Franklin App. No. 08AP–32, 2009-Ohio-636. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration thereof,

It is ordered by the court, sua sponte, that the stay of briefing is lifted and appellant's brief shall be filed within ten days of the date of this entry. The parties shall otherwise proceed in accordance with the Rules of Practice of the Supreme Court of Ohio.

**2009–0995.  Lasson v. Coleman.**
Montgomery App. No. 22213, 2009-Ohio-1958. On June 1, 2009, appellant filed a notice of pending motion to certify a conflict. Whereas appellant has not notified this court of the decision on the pending motion to certify a conflict,

It is ordered by the court, sua sponte, that appellant show cause within 14 days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).

**2009–1547.  Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 07–1080–GA–AIR and 07–1081–GA–ALT. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion for leave to intervene of Vectren Energy Delivery of Ohio, Inc.,

It is ordered by the court that the motion is granted.

**2009–1797.  Bertram v. State.**
Lake App. No. 2008–L–037, 2009-Ohio-5210. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of court of appeals' judgment,

It is ordered by the court that the motion is granted.

**2009–1798.  Thomas v. State.**
Lake App. No. 2008–L–026, 2009-Ohio-5209. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of court of appeals' judgment,

It is ordered by the court that the motion is granted.